**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARYANN BERNAZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CHOBANI, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 12-cv-02845-ARR-JO<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>U.S. District Judge Allyne R. Ross |

WHEREAS, on June 6, 2012, Plaintiff Bernaz commenced this action by filing the Complaint;

WHEREAS, on June 25, 2012, the Court granted the request of Defendant Chobani, Inc. ("Chobani") to extend its time to respond to the Complaint until July 30, 2012 [Docket No. 4];

WHEREAS, on May 14, 2012 (approximately three weeks before this action was filed), another case was filed against Chobani in the Northern District of California[1] challenging the same alleged false advertising at issue in this action;

WHEREAS, Chobani intends to move to transfer this action to the Northern District of California under the "first-filed" rule;

WHEREAS, Chobani advised Plaintiff of its intention to move to transfer and asked Plaintiff if she would stipulate to the transfer;

WHEREAS, Plaintiff desires additional time to consider whether to stipulate to a transfer and proposed a one-week extension of the July 30, 2012 deadline for Chobani to initiate motion proceedings (*i.e.*, by filing a pre-motion conference request letter under the Court's procedures);

WHEREAS, Chobani is agreeable to an extension in an effort to avoid, if possible, burdening the Court with unnecessary motion practice; and

WHEREAS, the parties agree Chobani's deadline to respond to the Complaint should be vacated, and such deadline should be re-set after it is determined whether this action will be transferred to the Northern District of California (either by motion or stipulation);

**THEREFORE, IT IS HEREBY STIPULATED** that:

1. Chobani's deadline to initiate proceedings on a motion to transfer under the first-filed rule shall be continued from July 30, 2012 to August 6, 2012; and

---

[1] *Kane v. Chobani, Inc.*, Case No. CV 12-02425 (N.D. Cal. complaint filed May 14, 2012).

2

2. Chobani's deadline to move to dismiss or otherwise respond to the Complaint shall be vacated and re-set (if at all) after it is determined whether this action will be transferred to the Northern District of California (either by motion or stipulation).

**AGREED TO BY:**

| **FARUQI & FARUQI, LLP** | **MAYER BROWN LLP** |
|---|---|
| By: /s/ Juan E. Monteverde<br>    Juan E. Monteverde<br>    Nadeem Faruqi | By: /s/ Melissa B. Francis<br>    Melissa B. Francis |
| 369 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>Telephone: (212) 983-9330<br>Fax: (212) 983-9331<br>Email: jmonteverde@faruqilaw.com<br>       nfaruqi@faruqilaw.com | 1675 Broadway<br>New York, NY 10019-5820<br>Telephone: (212) 506-2500<br>Fax: (212) 262-1910<br>Email: mfrancis@mayerbrown.com |
| *Attorneys for Plaintiff*, BERNAZ | *Attorney for Defendant,* CHOBANI, INC. |

**SO ORDERED:**

_____
Allyne R. Ross
Dated: U.S. District Judge